UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN CHHANN, individually and dba DONUT KING, et al.,<br><br>　　　　　　Defendants. | No. 1:15-cv-01111-DAD-EPG<br><br>ORDER DISMISSING ACTION AND CLOSING CASE<br><br>(Doc. No. 21) |

On March 31, 2016, the parties filed a joint stipulation dismissing the action with prejudice, with each party to bear its own costs and attorneys' fees. (Doc. No. 21.) In light of the parties' stipulation, this case has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and is hereby dismissed with prejudice and without an award of attorneys' fees and costs to either party.  Accordingly, the court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:  **April 1, 2016**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE